United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH VICTOR LAGANA,<br><br>    Plaintiff,<br><br>v.<br><br>SAN MATEO COUNTY SHERIFF, et al.,<br><br>    Defendants. | Case No. 15-cv-04696-YGR (PR)<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE AMENDED COMPLAINT; DIRECTING HIM TO FILE PRISONER *IN FORMA PAUPERIS* APPLICATION; AND ADDRESSING HIS OTHER PENDING MOTIONS** |

On October 9, 2015, Plaintiff, who was previously in custody at the Maguire Correctional Facility, filed the present *pro se* civil rights complaint under 42 U.S.C. § 1983. On that same date, the Clerk of the Court sent Plaintiff a notice directing him to pay the filing fee or to submit a completed prisoner *in forma pauperis* ("IFP") application form, trust account statement and certificate of funds. On October 26, 2015, Plaintiff filed an incomplete prisoner IFP application, in which he indicated he was "out of custody." Dkt. 5 at 4.

On November 18, 2015, the Court ordered Plaintiff to file a new non-prisoner application to proceed IFP within twenty-eight days. Dkt. 6 at 2. Plaintiff has since filed his non-prisoner IFP application. Dkt. 12.

Before the Court are various motions filed by Plaintiff, including: (1) a motion for sanctions; (2) a motion for service by the United States Marshal; and (3) a document entitled, "Motion for Extension of Time to Amend Complaint," which the Court construes as a motion for leave to file an amended complaint. Dkts. 9, 10, 11. Plaintiff has also informed the Court that he is now "in custody with the Los Angeles Sheriff['s] Department." Dkt. 9 at 1.

A plaintiff may amend his complaint once as a matter of course at any time before a responsive pleading is served. *See* Fed. R. Civ. P. 15(a). Where a plaintiff seeks to amend after a responsive pleading has already been served, however, the decision whether to grant leave to amend is committed to the sound discretion of the trial court. *Waits v. Weller*, 653 F.2d 1288, 1290 (9th Cir. 1981). Federal Rule of Civil Procedure 15(a) is to be applied liberally in favor of amendments and, in general, leave shall be freely given when justice so requires. *Janicki Logging*

1  *Co. v. Mateer*, 42 F.3d 561, 566 (9th Cir. 1994).

2  The Court notes that the defendants in this action have not been served at this time.  As
3  mentioned above, Plaintiff may as a matter of course amend his complaint because a responsive
4  pleading has not yet been served.  *See* Fed. R. Civ. P. 15(a).  The Court finds that it is in the
5  interests of justice to allow Plaintiff to amend his complaint.  *See Janicki Logging Co.*, 42 F.3d at
6  566.  Accordingly, Plaintiff's motion for leave to file an amended complaint is GRANTED.  Dkt.
7  9.  The Court notes that Plaintiff has not attached a proposed amended complaint to his motion.
8  Therefore, the Court directs Plaintiff to file his amended complaint on the attached prisoner civil
9  rights complaint form no later than **March 18, 2016**.

10  Because Plaintiff is amending his complaint, his motion for service by the United States
11  Marshal is DENIED as premature.  Dkt. 11.

12  Plaintiff's motion for sanctions is also DENIED as premature as no defendant has been
13  served with the complaint in this matter.  Dkt. 10.

14  Finally, because Plaintiff is back in custody, he cannot proceed with his non-prisoner IFP
15  application.  In order for the Court to assess whether he is entitled to proceed IFP, he must now
16  complete a new prisoner IFP application.  Plaintiff shall answer all questions in the attached
17  application and shall provide any requisite documentation (which he did not provide previously).
18  He shall file his completed application no later than **March 18, 2016**.  **The failure to do so will**
19  **result in the dismissal of this action without prejudice.**

20  Plaintiff's non-prisoner IFP application to proceed IFP is DENIED as moot.  Dkt. 12.

21  The Clerk shall send Plaintiff a blank civil rights complaint form and a blank prisoner IFP
22  application form along with a copy of this Order.

23  This Order terminates Docket Nos. 9, 10, 11 and 12.

24  IT IS SO ORDERED.

25  Dated: February 2, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge