UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH VICTOR LAGANA,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN MATEO COUNTY SHERIFF, et al.,<br><br>    Defendants. | Case No. 15-cv-04696-YGR (PR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR A SECOND EXTENSION OF TIME TO FILE AMENDED COMPLAINT AND PRISONER *IN FORMA PAUPERIS* APPLICATION** |

On October 9, 2015, Plaintiff filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. On that same date, the Clerk of the Court sent Plaintiff a notice directing him to pay the filing fee or to submit a completed prisoner *in forma pauperis* ("IFP") application form, trust account statement and certificate of funds. On October 26, 2015, Plaintiff filed an incomplete prisoner IFP application, in which he indicated he was "out of custody." Dkt. 5 at 4.

On November 18, 2015, the Court ordered Plaintiff to file a new non-prisoner application to proceed IFP within twenty-eight days. Dkt. 6 at 2. Plaintiff then filed his non-prisoner IFP application. Dkt. 12.

On November 27, 2015, Plaintiff has informed the Court that he was "in custody with the Los Angeles Sheriff['s] Department." Dkt. 9 at 1.

On February 2, 2016, the Court granted Plaintiff's motion for leave to file an amended petition. Dkt. 13 at 2. The Court also determined that because Plaintiff was back in custody, he could not proceed with his non-prisoner IFP application. *Id.* Plaintiff's non-prisoner IFP application to proceed IFP was DENIED as moot. *Id.* In order for the Court to assess whether he is entitled to proceed IFP, Plaintiff was directed to complete a new prisoner IFP application. *Id.*

Plaintiff was directed to file his amended complaint and completed prisoner IFP application no later than March 18, 2016. *Id.* He was warned that the failure to do so would result in the dismissal of this action without prejudice. *Id.*

The March 18, 2016 deadline has passed, and Plaintiff failed to file the requisite documents.

1  On April 4, 2016, Plaintiff filed a Notice of Change of Address indicating that he was back in custody at the Maguire Correctional Facility. Dkt. 16.

Before the Court is Plaintiff's request for a second extension of time to file his amended complaint and prisoner IFP application. Dkt. 15. Also before the Court is Plaintiff's motion for sanctions. Dkt. 14.

Plaintiff's request for a second extension of time is GRANTED. Dkt. 15. No later than **twenty-eight (28) days** from the date of this Order, Plaintiff shall file his amended complaint and a completed prisoner IFP application form along with his trust account statement and certificate of funds. **The failure to do so on or by the twenty-eight-day deadline will result in the dismissal of this action without prejudice. No further extensions will be granted absent extraordinary circumstances.**

Plaintiff's motion for sanctions is also DENIED as premature as no defendant has been served with the complaint in this matter. Dkt. 14.

The Clerk shall send Plaintiff a blank civil rights complaint form and a blank prisoner IFP application form along with a copy of this Order.

This Order terminates Docket Nos. 14 and 15.

IT IS SO ORDERED.

Dated: May 9, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge